IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

    Plaintiff,

v.

ALAMEDA-CONTRA COSTA COUNTY TRANSIT DISTRICT,

    Defendants.

No. 14-03288 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On October 14, 2014, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for October 21, 2014 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: October 15, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge